# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

December 08, 2025

Ms. Andrea M. Johnson  
Kane Russell Coleman & Logan, P.C.  
5151 San Felipe Street  
8th Floor  
Houston, TX 77056

    No. 25-20526   In re: Melanie Furniss  
                       USDC No. 4:24-CV-4611

Dear Counsel:

The court has requested a response from any party interested in defending the District Court's actions. The response is to be filed in this office on or before December 15, 2025 by 11:59pm, Central Time.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _Rebecca Andry_  
                              Rebecca Andry, Deputy Clerk  
                              504-310-7638

cc:  
    Mr. James O. Crewse  
    Mr. Alexander Loftus